UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>**Shari Ann Jerome and**<br>**Judy Louise Jerome**<br><br>Debtors. | Chapter 7<br><br>**Certificate of Service**<br><br>Bk. No: 2-18-21118-PRW |

    I hereby certify that on April 26, 2019, a copy of the: (1) Notice of Motion, (2) Motion with Exhibits, and (3) Proposed Order were all served electronically or by regular United States mail to all interested parties listed below.

1. **United States Trustee**
   **100 State Street. Room 6090**
   **Rochester, NY 14614**

2. **Hon. Paul R. Warren**
   **100 State Street**
   **Rochester, NY 14614**

3. **Lucien A. Morin, II**
   **25 East Main Street, Ste 500**
   **Rochester, NY 14614**

4. **Kevin P. Stevenson**
   **President and Chief Executive Officer**
   **PRA Group, Inc. f/k/a Portfolio**
   **Recovery Associates LLC**
   **150 Corporate Blvd,**
   **Norfolk, VA 23502**

5. **Anne Thomas**
   **Chief Compliance Officer**
   **Cavalry Portfolio Services**
   **500 Summit Lake Drive**
   **Suite 400**
   **Valhalla, NY 10595**

6. **Shari Ann Jerome**
   **230 Conrad Drive**
   **Rochester, NY 14616**

7. **Judy Louise Jerome**
   **230 Conrad Drive**
   **Rochester, NY 14616**

**Dated: April 26, 2019**

/s/ Michael A. Furlano
**Michael A. Furlano, Esq.**
*Attorney for Debtor*
LEGAL AID SOCIETY OF ROCHESTER, NY
One West Main Street, Suite 800
Rochester, NY 14614
P: (585) 295-5763
F: (585) 232-2352
mfurlano@lasroc.org